# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| vs.   ) | CASE NO. 11-20010-001 |
| ) | |
| **KAREN D. DOOLEY**   ) | |

## NOTICE OF APPEAL

Notice is hereby given that KAREN D. DOOLEY appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on JUNE 1, 2011, in the above case.

Prepared by:

PAMELA E. ROBINSON, CLERK

U.S. District Court

**Date: June 2, 2011**