UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KAREN D. DOOLEY,<br><br>    Defendant. | No.:   11-20010 |

## NOTICE OF APPEAL

Notice is hereby given the Defendant, KAREN D. DOOLEY, appeals to the United States Court of Appeals for the Seventh Circuit from Judgement and order imposed on January 8, 2013 and entered on January 9, 2013.

                                            Respectfully Submitted,

                                            KAREN D. DOOLEY, Defendant,

                                                s/John Taylor
                                BY:_____
                                                JOHN TAYLOR, Attorney
                                                300 West Main Street
                                                Urbana, Illinois 61801
                                                Telephone: (217) 373-0666
                                                Facsimile: (217) 373-0667
                                                Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on January 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Ronda Coleman.

          s/John Taylor
          _____
          JOHN TAYLOR, Attorney
          300 West Main Street
          Urbana, Illinois 61801
          Telephone: (217) 373-0666
          Facsimile: (217) 373-0667
          Email: John_Taylor@fd.org